

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2016

No. 04-16-00017-CR

James **MOODY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 413867
The Honorable Robert Behrens, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his pro se appellant's brief is granted. We order appellant, James Moody, to file his appellant's brief by December 21, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court